Beckford v Milano Furniture Warehouse, Inc. (2021 NY Slip Op 50427(U))

[*1]

Beckford v Milano Furniture Warehouse, Inc.

2021 NY Slip Op 50427(U) [71 Misc 3d 136(A)]

Decided on May 14, 2021

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on May 14, 2021
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Higgitt J.P., Brigantti, Hagler, JJ.

570584/19

Susan Beckford, Plaintiff-Appellant, 
against
Milano Furniture Warehouse, Inc.,
Defendant-Respondent.

Plaintiff appeals from an amended judgment of the Small Claims Part of the Civil Court of
the City of New York, Bronx County (Lyle E. Frank, J.), entered December 5, 2019, after trial, in
favor of defendant dismissing the action.

Per Curiam.
Amended judgment (Lyle E. Frank, J.), entered December 5, 2019, affirmed, without
costs.
A judgment rendered in the Small Claims Part of the Civil Court will be sustained on appeal
unless it is shown that "substantial justice" has not been done between the parties according to
the rules and principles of substantive law (CCA 1807). Applying this narrow standard of review,
and giving due deference to the trial court's express findings of fact and negative assessment of
plaintiff's credibility (see Williams v Roper, 269 AD2d 125, 126 [2000], lv
dismissed 95 NY2d 898 [2000]), we find no basis to disturb the judgment of the trial court
dismissing plaintiff's claim. The evidence, fairly interpreted, supports the finding that the
furniture sold by defendant was not defective, nor too large to fit through the doorway of
plaintiff's apartment. Nor was plaintiff entitled to a refund when she refused delivery of some of
the items, given defendant's disclosed no-return policy. Plaintiff's remaining contentions are
without merit, or involve matters dehors the record.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: May 14, 2021